**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00712-CV

**SANDRA L. SIMS, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-02150**

## ORDER

Before the Court is appellant's November 7, 2018 motion for an extension of time to file

a reply brief.  We **GRANT** the motion and extend the time to **December 3, 2018**.


/s/　　ADA BROWN
　　　　JUSTICE